UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | |
| ) | |
| Plaintiff/Respondent,   ) | Criminal Action No. 6: 06-95-DCR |
| ) | Civil Action No. 6: 07-370-DCR |
| V.                                                ) | |
| ) | |
| MARK SHELTON,                           ) | **MEMORANDUM OPINION** |
| ) | **AND ORDER** |
| Defendant/Petitioner.       ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court for consideration of Defendant/Petitioner Mark Shelton's *pro se* motion to vacate, set aside, or correct a sentence filed pursuant to 28 U.S.C. § 2255. [Record No. 26] Consistent with local practice, this matter was referred to United States Magistrate Judge Robert E. Wier for consideration pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge filed his Recommended Disposition on September 11, 2008. [Record No. 42] Based on his review of the record and the applicable law, the Magistrate Judge recommended that Shelton's motion be denied with prejudice. Neither party has filed objections to the Magistrate Judge's Report and Recommendation.

Although this Court must make a *de novo* determination of those portions of the Magistrate Judge's recommendations to which objection is made, 28 U.S.C. § 636(b)(1)(c), "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Moreover, a party who fails to file

-1-

objections to a Magistrate Judge's proposed findings of fact and recommendation waives the right to appeal. *See United States v. Branch*, 537 F.3d 582, 587 (6th Cir. 2008); *Wright v. Holbrook*, 794 F.2d 1152, 1154-55 (6th Cir. 1986). Nevertheless, having examined the record and having made a *de novo* determination, the Court is in full agreement with the Magistrate Judge's Recommended Disposition. Accordingly, it is hereby

    **ORDERED** as follows:

    1.    The Magistrate Judge's Recommended Disposition [Record No. 42] is **ADOPTED** and **INCORPORATED** by reference.

    2.    Shelton's motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255 [Record No. 26] is **DENIED**.

    3.    A Certificate of Appealability shall not issue because Shelton has not made a substantial showing of the denial of any substantive constitutional right;

    4.    Shelton's request for an evidentiary hearing is **DENIED** for the reasons outlined in the Magistrate Judge's Recommended Disposition;

    5.    This habeas proceeding shall be **DISMISSED** and **STRICKEN** from the docket.

This 3rd day of October, 2008.



Signed By:
*Danny C. Reeves*  DCR
United States District Judge